IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Comest S. Allen, # 357 | ) | |
| [formerly # 271585 and # 238668] | ) | C.A. No. 0:06-1703-HMH-BM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| James E. Dorriety, Administrator; | ) | |
| and Greenville County Court, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court for review of the Report and Recommendation of

United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C.

§ 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommenda-

tion has no presumptive weight. The responsibility to make a final determination remains

with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is

charged with making a de novo determination of those portions of the Report and

Recommendation to which specific objection is made, and the court may accept, reject, or

modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the

matter with instructions. See 28 U.S.C. § 636(b)(1) (West Supp. 2006).

The Petitioner filed no objections to the Report and Recommendation. In the absence

of objections to the Report and Recommendation of the Magistrate Judge, this court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis,

718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this

case, the court adopts Magistrate Judge Marchant's Report and Recommendation and

incorporates it herein.  It is therefore

**ORDERED** that this action is dismissed without prejudice and without requiring the

respondents to file a return.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 7, 2006

## NOTICE OF RIGHT TO APPEAL

The Petitioner is hereby notified that he has the right to appeal this order within thirty

(30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate

Procedure.